# SUBCONTRACTOR CHANGE ORDER



**MJ FREEWAY**

| AGREEMENT NAME | Subcontractor Agreement dated April 18, 2017 between MJ Freeway, LLC and TreCom Systems Group, Inc. | | |
|---|---|---|---|
| CONTRACT NO. | Subcontractor Agreement associated with Prime Contract RFQ 6100040415 | CHANGE ORDER NO. | 2.0 |
| REQUESTING PARTY | MJ Freeway, LLC | DATE OF REQUEST | June 28, 2017 |

| ITEM | DESCRIPTION |
|---|---|
| Section 7 is amended to add the following services: | Tier 1/Dispatch services will be provided for the period 10 July 2017 – 28 October 2017. The following support related Service Level Agreements are waived during this period:<br>1. First Call Resolution<br>2. Calls that receive a busy signal<br>3. Dropped call by user rate<br>4. On hold wait time<br>All SLAs for performance metrics not included in the list above shall remain in full force and effect.<br>During this period, TreCom Systems Group Tier 1/Dispatch team will track the following metrics:<br>1. Total calls per day<br>2. Per call ACD stats – hold time & talk time<br>3. Calls closed by dispatcher This will be manually tracked via an Excel spreadsheet<br>4. Dispatcher escalation to Tier 1<br>5. Call type (i.e. user issue, program questions, technical problem, etc.)<br>   This will require classification codes to be added within SalesForce to track. |
| Section 11 is amended to include the following dates: | Tier 1/Dispatch services will be provided for the period 10 July 2017 – 28 October 2017. |
| Section 12 is amended to add the following payment information: | Prime Contract Change order #2 has been approved to fund the additional Tier1/Dispatch services for the period 10 July 2017 – 28 October 2017. TreCom to be paid $25,000.000 for the additional services rendered during this period.<br>This item will be included by MJ Freeway in the 1 August 2017 invoice to PA DOH and paid to TreCom per contract terms. |

**Subject to the modifications herein, the Subcontractor Agreement shall remain in full force and effect.**

**This change order shall become binding upon execution.**

**Executed by:**

Contractor                                    Subcontractor

*MJ Freeway, LLC*                             *TreCom Systems Group, Inc.*

By: _____                  By: _____
Signature                                     Signature

Amy A. Poinsett                                   Phillip R. Gring
Printed Name                                  Printed Name

CEO                                               Chief Operating Officer
Title                                         Title

July 6, 2017                                      July 7, 2017
Date                                          Date

**EXHIBIT B**

# SUBCONTRACTOR CHANGE ORDER



**MJ FREEWAY**

| AGREEMENT NAME | Subcontractor Agreement dated April 18, 2017 between MJ Freeway, LLC and TreCom Systems Group, Inc. | | |
|---|---|---|---|
| CONTRACT NO. | Subcontractor Agreement associated with Prime Contract RFQ 6100040415 | CHANGE ORDER NO. | 5 |
| REQUESTING PARTY | MJ Freeway, LLC | DATE OF REQUEST | October 6, 2017 |

| ITEM | DESCRIPTION |
|---|---|
| Section 7 is amended to add the following services: | Tier 1/Dispatch services will be provided for the period 29 October 2017 - 31 January 2018. The following support related Service Level Agreements are waived during this period:<br>1.  First Call Resolution<br>2.  Calls that receive a busy signal<br>3.  Dropped call by user rate<br>4.  On hold wait time<br>All SLAs for performance metrics not included in the list above shall remain in full force and effect.<br>During this period, TreCom Systems Group Tier 1/Dispatch team will track the following metrics:<br>1.  Total calls per day<br>2.  Per call ACD stats – hold time & talk time<br>3.  Calls closed by dispatcher<br>4.  Dispatcher escalation to Tier 1<br>5.  Call type (i.e. user issue, program questions, technical problem, etc.) |
| Section 11 is amended to include the following dates: | Tier 1/Dispatch services will be provided for the period 29 October 2017 - 31 January 2018. |
| Section 12 is amended to add the following payment information: | Prime Contract Change order #5 has been approved to fund the additional Tier1/Dispatch services for the period 29 October 2017 - 31 January 2018. TreCom to be paid $47,800.00 for the additional services rendered during this period.<br>This item will be included by MJ Freeway in the 1 November 2017 invoice to PA DOH and paid to TreCom per contract terms. |

**Subject to the modifications herein, the Subcontractor Agreement shall remain in full force and effect.**

**EXHIBIT B**

**This change order shall become binding upon execution.**

**Executed by:**

Contractor                                        Subcontractor

*MJ Freeway, LLC*                                 *TreCom Systems Group, Inc.*

By: _____                       By: _____
Signature                                         Signature

Amy A. Poinsett                                    Phillip R. Gring
Printed Name                                      Printed Name

CEO                                                COO
Title                                             Title

October 6, 2017                                    October 9, 2017
Date                                              Date

**EXHIBIT B**

# SUBCONTRACTOR CHANGE ORDER



**MJ FREEWAY**

| AGREEMENT NAME | Subcontractor Agreement dated April 18, 2017 between MJ Freeway, LLC and TreCom Systems Group, Inc. | | |
|---|---|---|---|
| CONTRACT NO. | Subcontractor Agreement associated with Prime Contract RFQ 6100040415 | CHANGE ORDER NO. | 9 |
| REQUESTING PARTY | MJ Freeway, LLC | DATE OF REQUEST | January 22, 2018 |

| ITEM | DESCRIPTION |
|---|---|
| Section 7 is amended to add the following services: | Tier 1/Dispatch services will be provided for the period 01 February 2018 – 30 April 2018. The following support related Service Level Agreements are waived during this period:<br>1. First Call Resolution<br>2. Calls that receive a busy signal<br>3. Dropped call by user rate<br>4. On hold wait time<br>5. Response time to respond to a voicemail<br>All SLAs for performance metrics not included in the list above shall remain in full force and effect.<br>During this period, TreCom Systems Group Tier 1/Dispatch team will track the following metrics:<br>1. Total calls per day<br>2. Per call ACD stats – hold time & talk time<br>3. Calls closed by dispatcher<br>4. Dispatcher escalation to Tier 1<br>5. Call type (i.e. user issue, program questions, technical problem, etc.) |
| Section 11 is amended to include the following dates: | Tier 1/Dispatch services will be provided for the period 01 February 2018 - 30 April 2018. |
| Section 12 is amended to add the following payment information: | Prime Contract Change order 9 has been approved to fund the additional Tier1/Dispatch services for the period 01 February 2018 - 30 April 2018. TreCom to be paid $71,700.00 for the additional services rendered during this period.<br>This item will be included by MJ Freeway in the 1 February 2018 invoice to PA DOH and paid to TreCom per contract terms. |

**Subject to the modifications herein, the Subcontractor Agreement shall remain in full force and effect.**

**EXHIBIT B**

**This change order shall become binding upon execution.**

**Executed by:**

Contractor                                    Subcontractor

*MJ Freeway, LLC*                             *TreCom Systems Group, Inc.*

By:_____                    By:_____
Signature                                     Signature

Amy A. Poinsett                                 Phillip R. Gring
Printed Name                                  Printed Name

CEO                                            COO
Title                                          Title

1/31/18                                         January 31, 2018
Date                                           Date

**EXHIBIT B**

# SUBCONTRACTOR CHANGE ORDER



**M J FREEWAY**

| AGREEMENT NAME | Subcontractor Agreement dated April 18, 2017 between MJ Freeway, LLC and TreCom Systems Group, Inc. | | |
|---|---|---|---|
| CONTRACT NO. | Subcontractor Agreement associated with Prime Contract RFQ 6100040415 | CHANGE ORDER NO. | 10 |
| REQUESTING PARTY | MJ Freeway, LLC | DATE OF REQUEST | April 4, 2018 |

| ITEM | DESCRIPTION |
|---|---|
| Section 7 is amended to add the following services: | Tier 1/Dispatch services will be provided for the period 01 May 2018 – 30 June 2018. The following support related Service Level Agreements are waived during this period:<br>1. First Call Resolution<br>2. Calls that receive a busy signal<br>3. Dropped call by user rate<br>4. On hold wait time<br>5. Response time to respond to a voicemail<br>All SLAs for performance metrics not included in the list above shall remain in full force and effect.<br>During this period, TreCom Systems Group Tier 1/Dispatch team will track the following metrics:<br>1. Total calls per day<br>2. Per call ACD stats – hold time & talk time<br>3. Calls closed by dispatcher<br>4. Dispatcher escalation to Tier 1<br>5. Call type (i.e. user issue, program questions, technical problem, etc.) |
| Section 11 is amended to include the following dates: | Tier 1/Dispatch services will be provided for the period 01 May 2018 - 30 June 2018. |
| Section 12 is amended to add the following payment information: | Prime Contract Change order 10 has been approved to fund the additional Tier1/Dispatch services for the period 01 May 2018 - 30 June 2018. TreCom to be paid $47,800.00 for the additional services rendered during this period.<br>This item will be included by MJ Freeway in the 1 May 2018 invoice to the PD DOH and paid to TreCom per contract terms. |

**Subject to the modifications herein, the Subcontractor Agreement shall remain in full force and effect.**

**EXHIBIT B**

**This change order shall become binding upon execution.**

**Executed by:**

Contractor                                      Subcontractor

*MJ Freeway, LLC*                               *TreCom Systems Group, Inc.*

By:_____                     By: _____
Signature                                       Signature

Amy A. Poinsett                                  Phillip R. Gring
Printed Name                                    Printed Name

CEO                                              COO
Title                                           Title

                                                 April 4, 2018
Date      April 23, 2018                        Date

**EXHIBIT B**

# SUBCONTRACTOR CHANGE ORDER



**MJ FREEWAY**

| AGREEMENT NAME | Subcontractor Agreement dated April 18, 2017 between MJ Freeway, LLC and TreCom Systems Group, Inc. | | |
|---|---|---|---|
| CONTRACT NO. | Subcontractor Agreement associated with Prime Contract RFQ 6100040415 | CHANGE ORDER NO. | 11 |
| REQUESTING PARTY | MJ Freeway, LLC | DATE OF REQUEST | June 19, 2018 |

| ITEM | DESCRIPTION |
|---|---|
| Section 7 is amended to add the following services: | Tier 1/Dispatch services will be provided for the period 01 July 2018 – 31 December 2018. This Change Order 11 extends the current Tier1/Dispatch resources and adds an additional five (5) Tier 1/Dispatch resources. Change Order 11 also includes TreCom providing all Tier 1/Dispatch support services during the hours of 7 AM – 5 PM Eastern Time, 365 days of the year. The additional resources are necessary to address the continued increased call volumes/average length of calls to provide proper support to the Pennsylvania Medical Marijuana Program. The following support related Service Level Agreements are waived during this period: <br> 1. First Call Resolution <br> 2. Calls that receive a busy signal <br> 3. Dropped call by user rate <br> 4. On hold wait time <br><br> During the period of 01 July 2018 - 21 December 2018, TreCom will be held to the following SLA: <br><br> TreCom's goal during this period is to have 65% of the incoming calls that go to voicemail be responded to by the end of the calendar month. This metric is based on the current average daily call volume of 550 calls/day, and a per call average duration of 8 minutes. In the event the average daily call volume for a given month exceeds 575 calls/day then the goal will need to be adjusted as agreed to between TreCom and MJ Freeway. <br><br> TreCom will not be held accountable for any missed SLA due to changes in system functionality, legislation, expansion in medical marijuana business processes, or identified system defects that are not resolved in a timely manner. <br><br> During this period, TreCom Systems Group Tier 1/Dispatch team will track the following metrics: <br> 1. Total calls per day <br> 2. Dropped Calls per day <br><br> Change Order 11 also includes IVR configuration, customization, reporting, and support provided by TreCom for the period 01 July 2018 – 31 December 2018. |

| Section 11 is amended to include the following dates: | Tier 1/Dispatch and IVR services will be provided for the period 01 July 2018 – 31 December 2018. |
|---|---|
| Section 12 is amended to add the following payment information: | Prime Contract Change Order 11 has been approved to fund the additional Tier1/Dispatch and IVR services for the period 01 July 2018 – 31 December 2018.  TreCom to be paid an additional $462,000.00 for the additional services rendered during this period.<br><br>This additional cost will be included by MJ Freeway in the invoices listed below and is in addition to the current contracted quarterly costs to the PA DOH and paid to TreCom per contract terms.<br><br>August 1, 2018 -     Additional $312,500.00<br>November 1, 2018 – Additional $149,500.00 |

**Subject to the modifications herein, the Subcontractor Agreement shall remain in full force and effect.**


**This change order shall become binding upon execution.**


**Executed by:**

Contractor                                          Subcontractor

*MJ Freeway, LLC*                          *TreCom Systems Group, Inc.*

By: _____          By: _____
Signature                                             Signature

Jessica Billingsley                              _Phillip R. Gring_____
Printed Name                                      Printed Name

CEO                                                    _COO_____
Title                                                     Title

                                                          _June 19, 2018_____  _____
Date                                                   Date


**EXHIBIT B**

# SUBCONTRACTOR CHANGE ORDER



**MJ FREEWAY**

| AGREEMENT NAME | Subcontractor Agreement dated April 18, 2017 between MJ Freeway, LLC and TreCom Systems Group, Inc. | | |
|---|---|---|---|
| CONTRACT NO. | Subcontractor Agreement associated with Prime Contract RFQ 6100040415 | CHANGE ORDER NO. | 12 |
| REQUESTING PARTY | MJ Freeway, LLC | DATE OF REQUEST | September 18, 2018 |

| ITEM | DESCRIPTION |
|---|---|
| Section 7 is amended to add the following services: | Tier 1/Dispatch services will be provided for the period 01 January 2019 – 30 June 2019. This Change Order 12 extends the current Tier1/Dispatch resources and adds an additional five (5) Tier 1/Dispatch resources.  Change Order 12 also includes TreCom providing all Tier 1/Dispatch support services during the hours of 7 AM – 5 PM Eastern Time, 365 days of the year. The additional resources are necessary to address the continued increased call volumes/average length of calls to provide proper support to the Pennsylvania Medical Marijuana Program. The following support related Service Level Agreements are waived during this period: <br><br> 1. First Call Resolution <br> 2. Calls that receive a busy signal <br> 3. Dropped call by user rate <br> 4. On hold wait time <br> 5. Response time to respond to a voicemail and other contact methods <br><br> All SLAs for performance metrics not included in the list above shall remain in full force and effect. <br><br> During this period, TreCom Systems Group Tier 1/Dispatch team will track the following metrics: <br><br> 1. Total calls per day <br> 2. Per call ACD stats – hold time & talk time <br> 3. Calls closed by dispatcher <br> 4. Dispatcher escalation to Tier 1 <br> 5. Call type (i.e. user issue, program questions, technical problem, etc.) <br><br> Change Order 12 also includes ongoing IVR configuration, customization, reporting, and support provided by TreCom for the period 01 January 2019 – 30 June 2019. |
| Section 11 is amended to include the following dates: | Tier 1/Dispatch and IVR services will be provided for the period 01 January 2019 – 30 June 2019. |
| Section 12 is amended to add the | Prime Contract Change Order 12 has been approved to fund the additional Tier1/Dispatch and IVR services for the period 01 January 2019 – 30 June 2019.  TreCom to be paid an additional $462,000.00 for the additional services rendered during this period. |

EXHIBIT D

| following payment information: | This additional cost will be included by MJ Freeway in the invoices listed below and is in addition to the current contracted quarterly costs to the PA DOH and paid to TreCom per contract terms.<br><br>November 1, 2018 - Additional $226,500.00 (Replaces Amount in Change Order #11)<br>February 1, 2019 – Additional $231,000.00<br>May 1, 2019 – Additional $154,000.00 |
|---|---|

**Subject to the modifications herein, the Subcontractor Agreement shall remain in full force and effect.**

**This change order shall become binding upon execution.**

**Executed by:**

Contractor                                    Subcontractor

*MJ Freeway, LLC*                             *TreCom Systems Group, Inc.*

By: Jessica Billingsley                       By: _____
Signature                                         Signature

Printed Name                                      Phillip R. Gring
                                                  Printed Name

Title CEO                                         COO
                                                  Title

Date  11/27/18                                    September 18, 2018
                                                  Date

**EXHIBIT B**

| **From:** | Todd Caldwell |
|---|---|
| **To:** | Phil Gring; Jeremy Raulerson |
| **Cc:** | Ian Block |
| **Subject:** | TreCom and MJF IVR Extension Update |
| **Date:** | Thursday, June 13, 2019 4:15:15 PM |
| **Attachments:** | image001.png |

Phil

The IVR extension from Jul to Dec 2019 purchase order was signed and approved. PO is being prepared and should see soon from PA procurement. SO TreCom can continue with that support. Thanks

v/r



**MJ FREEWAY**

/ Todd Caldwell
/ Director of Regulatory Systems
/ p 888.932.6537 x857
/ m 720.325.2306
/ e todd.caldwell@mjfreeway.com

_____
CONFIDENTIAL DISCLOSURE STATEMENT

This communication and any documents accompanying this statement contain information from MJ Freeway LLC, and are confidential. The information provided is intended to be for the use of the individual that it addresses. If you are not the intended recipient, be aware that the review, disclosure, copying, or use of the contents of this information is prohibited.

**EXHIBIT B**

# SUBCONTRACTOR CHANGE ORDER



**MJ FREEWAY**

| AGREEMENT NAME | Subcontractor Agreement dated April 18, 2017 between MJ Freeway, LLC and TreCom Systems Group, Inc. | | |
|---|---|---|---|
| CONTRACT NO. | Subcontractor Agreement associated with Prime Contract RFQ 6100040415 | CHANGE ORDER NO. | 13 |
| REQUESTING PARTY | MJ Freeway, LLC | DATE OF REQUEST | April 11, 2019 |

| ITEM | DESCRIPTION |
|---|---|
| Section 7 is amended to add the following services: | Tier 1/Dispatch services will be provided for the period 01 July 2019 – 31 December 2019. This Change Order 13 extends the current Tier1/Dispatch resources. Change Order 13 also includes TreCom providing all Tier 1/Dispatch support services during the hours of 7 AM – 5 PM Eastern Time, 365 days of the year.  The additional resources are necessary to address the continued increased call volumes/average length of calls to provide proper support to the Pennsylvania Medical Marijuana Program. The following support related Service Level Agreements are waived during this period:<br>1.  First Call Resolution<br>2.  Calls that receive a busy signal<br>3.  Dropped call by user rate<br>4.  On hold wait time<br><br>TreCom will not be held accountable for any missed SLA due to changes in system functionality, legislation, expansion in medical marijuana business processes, or identified system defects that are not resolved in a timely manner.<br><br>During this period, TreCom Systems Group Tier 1/Dispatch team will track the following metrics:<br>1.  Total calls per day<br>2.  Dropped Calls per day<br><br>Change Order 13 also includes IVR configuration, customization, reporting, and support provided by TreCom for the period 01 July 2019 – 31 December 2019. |
| Section 11 is amended to include the following dates: | Tier 1/Dispatch and IVR services will be provided for the period 01 July 2019 – 31 December 2019. |
| Section 12 is amended to add the following payment information: | Prime Contract Change Order 13 has been approved to fund the additional Tier1/Dispatch and IVR services for the period 01 July 2019 – 31 December 2019.  TreCom to be paid an additional $462,000.00 for the additional services rendered during this period.<br><br>This additional cost will be included by MJ Freeway in the invoices listed below and is in addition to the current contracted quarterly costs to the PA DOH and paid to TreCom per contract terms. |

**EXHIBIT B**

| | August 1, 2019 -    Additional $308,000.00 (Includes July 2019) |
| | November 1, 2019 – Additional $154,000.00 |

**Subject to the modifications herein, the Subcontractor Agreement shall remain in full force and effect.**

**This change order shall become binding upon execution.**

**Executed by:**

Contractor                                    Subcontractor

*MJ Freeway, LLC*                             *TreCom Systems Group, Inc.*

By:_____          By: _____
Signature                                    Signature

                                              _Phillip R. Gring_____
_____
Printed Name                                 Printed Name

                                              _COO_____
_____
Title                                        Title

                                              April 16, 2019_____
_____
Date                                         Date

**EXHIBIT B**

# SUBCONTRACTOR CHANGE ORDER



**MJ FREEWAY**

| AGREEMENT NAME | Subcontractor Agreement dated April 18, 2017 between MJ Freeway, LLC and TreCom Systems Group, Inc. | | |
|---|---|---|---|
| CONTRACT NO. | Subcontractor Agreement associated with Prime Contract RFQ 6100040415 | CHANGE ORDER NO. | 14 |
| REQUESTING PARTY | MJ Freeway, LLC | DATE OF REQUEST | December 2, 2019 |

| ITEM | DESCRIPTION |
|---|---|
| Section 7 is amended to add the following services: | Tier 1/Dispatch services will be provided for the period 01 January 2020 – 31 March 2020. This Change Order 14 extends the current Tier1/Dispatch resources. Change Order 14 also includes TreCom providing all Tier 1/Dispatch support services during the hours of 7 AM – 5 PM Eastern Time, 365 days of the year.  The additional resources are necessary to address the continued increased call volumes/average length of calls to provide proper support to the Pennsylvania Medical Marijuana Program. The following support related Service Level Agreements are waived during this period:<br>1. First Call Resolution<br>2. Calls that receive a busy signal<br>3. Dropped call by user rate<br>4. On hold wait time<br><br>TreCom will not be held accountable for any missed SLA due to changes in system functionality, legislation, expansion in medical marijuana business processes, or identified system defects that are not resolved in a timely manner.<br><br>During this period, TreCom Systems Group Tier 1/Dispatch team will track the following metrics:<br>1. Total calls per day<br>2. Dropped Calls per day<br><br>Change Order 14 also includes IVR configuration, customization, reporting, and support provided by TreCom for the period 01 January 2020 – 31 March 2020. |
| Section 11 is amended to include the following dates: | Tier 1/Dispatch and IVR services will be provided for the period 01 January 2020 – 31 March 2020. |
| Section 12 is amended to add the following payment information: | Prime Contract Change Order 14 has been approved to fund the additional Tier1/Dispatch and IVR services for the period 01 January 2020 – 31 March 2020. TreCom to be paid an additional $231,000.00 for the additional services rendered during this period.<br><br>This additional cost will be included by MJ Freeway in the invoices listed below and is in addition to the current contracted quarterly costs to the PA DOH and paid to TreCom per contract terms. |

EXHIBIT B

|  | January 1, 2020 -   $77,000.00<br>February 1, 2020 – Additional $154,000.00 |
|---|---|

**Subject to the modifications herein, the Subcontractor Agreement shall remain in full force and effect.**

**This change order shall become binding upon execution.**

**Executed by:**

Contractor                                    Subcontractor

*MJ Freeway, LLC*                              *TreCom Systems Group, Inc.*

By: _____          By: _____
Signature                                     Signature

 Thomas Roth_____           Phillip R. Gring_____
Printed Name                                  Printed Name

 Director of Regulatory Systems           COO_____
Title                                         Title

 1/10/2020_____           December 2, 2020_____
Date                                          Date

**EXHIBIT B**

# SUBCONTRACTOR CHANGE ORDER



**MJ FREEWAY**

| AGREEMENT NAME | Subcontractor Agreement dated April 18, 2017 between MJ Freeway, LLC and TreCom Systems Group, Inc. | | |
|---|---|---|---|
| CONTRACT NO. | Subcontractor Agreement associated with Prime Contract RFQ 6100040415 | CHANGE ORDER NO. | 15 |
| REQUESTING PARTY | MJ Freeway, LLC | DATE OF REQUEST | February 27, 2020 |

| ITEM | DESCRIPTION |
|---|---|
| Section 7 is amended to add the following services: | Tier 1/Dispatch services will be provided for the period 01 April 2020 – 30 June 2020. This Change Order 15 extends the current Tier1/Dispatch resources. Change Order 15 also includes TreCom providing all Tier 1/Dispatch support services during the hours of 7 AM – 5 PM Eastern Time, 365 days of the year. The additional resources are necessary to address the continued increased call volumes/average length of calls to provide proper support to the Pennsylvania Medical Marijuana Program. The following support related Service Level Agreements are waived during this period: <br> 1. First Call Resolution <br> 2. Calls that receive a busy signal <br> 3. Dropped call by user rate <br> 4. On hold wait time <br><br> TreCom will not be held accountable for any missed SLA due to changes in system functionality, legislation, expansion in medical marijuana business processes, or identified system defects that are not resolved in a timely manner. <br><br> During this period, TreCom Systems Group Tier 1/Dispatch team will track the following metrics: <br> 1. Total calls per day <br> 2. Dropped Calls per day <br><br> Change Order 15 also includes IVR provided by TreCom for the period 01 April 2020 – 30 June 2020. |
| Section 11 is amended to include the following dates: | Tier 1/Dispatch and IVR services will be provided for the period 01 April 2020 – 31 June 2020. |
| Section 12 is amended to add the following payment information: | Prime Contract Change Order 15 has been approved to fund the additional Tier1/Dispatch and IVR services for the period 01 April 2020 – 30 June 2020. TreCom to be paid an additional $231,000.00 for the additional services rendered during this period. <br><br> This additional cost will be included by MJ Freeway in the invoices listed below and is in addition to the current contracted quarterly costs to the PA DOH and paid to TreCom per contract terms. |

**EXHIBIT B**

|  | April 1, 2020 -   $77,000.00<br>May 1, 2020 – Additional $154,000.00 |
|---|---|

**Subject to the modifications herein, the Subcontractor Agreement shall remain in full force and effect.**

**This change order shall become binding upon execution.**

**Executed by:**

Contractor                                   Subcontractor

*MJ Freeway, LLC*                            *TreCom Systems Group, Inc.*

By:_____                  By: _____
Signature                                       Signature

Thomas Roth                                     _Phillip R. Gring_____
Printed Name                                 Printed Name

Direcotor of Regulatory Systems                 _COO_____
Title                                        Title

3/24/2020                                       February 27, 2020___ _
Date                                         Date

**EXHIBIT B**

# SUBCONTRACTOR CHANGE ORDER



**MJ FREEWAY**

| AGREEMENT NAME | Subcontractor Agreement dated April 18, 2017 between MJ Freeway, LLC and TreCom Systems Group, Inc. | | |
|---|---|---|---|
| CONTRACT NO. | Subcontractor Agreement associated with Prime Contract RFQ 6100040415 | CHANGE ORDER NO. | 16 |
| REQUESTING PARTY | MJ Freeway, LLC | DATE OF REQUEST | June 10, 2020 |

| ITEM | DESCRIPTION |
|---|---|
| Section 7 is amended to add the following services: | Tier 1/Dispatch services will be provided for the period 01 July – 03 August 2020. This Change Order 16 extends the current Tier1/Dispatch resources. Change Order 16 also includes TreCom providing all Tier 1/Dispatch support services during the hours of 7 AM – 5 PM Eastern Time, 365 days of the year. The additional resources are necessary to address the continued increased call volumes/average length of calls to provide proper support to the Pennsylvania Medical Marijuana Program. The following support related Service Level Agreements are waived during this period:<br><br>1. First Call Resolution<br>2. Calls that receive a busy signal<br>3. Dropped call by user rate<br>4. On hold wait time<br><br>TreCom will not be held accountable for any missed SLA due to changes in system functionality, legislation, expansion in medical marijuana business processes, or identified system defects that are not resolved in a timely manner.<br><br>During this period, TreCom Systems Group Tier 1/Dispatch team will track the following metrics:<br>1. Total calls per day<br>2. Dropped Calls per day<br><br>Change Order 16 also includes IVR provided by TreCom for the period 01 July – 03 August 2020. |
| Section 11 is amended to include the following dates: | Tier 1/Dispatch and IVR services will be provided for the period 01 July – 03 August 2020. |
| Section 12 is amended to add the following payment information: | Prime Contract Change Order 16 has been approved to fund the additional Tier1/Dispatch and IVR services for the period 01 July – 03 August 2020 2020. TreCom to be paid an additional $86,985.00 for the additional services rendered during this period.<br><br>This additional cost will be included by MJ Freeway in the invoices listed below and is in addition to the current contracted quarterly costs to the PA DOH and paid to TreCom per contract terms. |

EXHIBIT B

| | July 1, 2020 -  $86,985.00 |

**Subject to the modifications herein, the Subcontractor Agreement shall remain in full force and effect.**

**This change order shall become binding upon execution.**

**Executed by:**

Contractor

*MJ Freeway, LLC*

By: _____
Signature

Thomas Roth
Printed Name

Director of Regulatory Systems
Title

6/29/2020
Date

Subcontractor

*TreCom Systems Group, Inc.*

By: _____
Signature

_Phillip R. Gring
Printed Name

_COO
Title

June 10, 2020
Date

**EXHIBIT B**