IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRECOM SYSTEMS GROUP, INC.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**MJ FREEWAY, LLC, et al.,**<br><br>*Defendants*. | Case No.  2:21-cv-01575-JDW |

**ORDER**

**AND NOW**, this 25th day of October, 2024, upon consideration of Plaintiff TreCom Systems Group Inc.'s Motion To Preclude Defendant's Newly Disclosed Fact Witnesses From Testifying At Trial And Use Of Documents (ECF No. 101), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. The Motion is **GRANTED** to the extent it seeks to bar the trial testimony of Brian Lecher and Tod Traub; and

2. The Motion is **DENIED** to the extent it seeks to bar from trial the documents that Defendants obtained from the Pennsylvania Department of General Services and produced to Plaintiff on September 20, 2024, because Defendants have not indicated their intent to introduce those documents at trial.

It if **FURTHER ORDERED** that Defendant's Expedited Motion To Preserve Brian Lecher's Trial Testimony Via Deposition (ECF No. 103) is **DENIED AS MOOT**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.
