**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **TRECOM SYSTEMS GROUP, INC.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**MJ FREEWAY, LLC, et al.,**<br><br>*Defendants*. | **Case No.  2:21-cv-01575-JDW** |

## ORDER

**AND NOW**, this 13th day of November, 2024, for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1.   Defendants' Motion *In Limine* To Preclude The Introduction Of Deposition Testimony, Exhibits, And Other Evidence Extrinsic To The Contracts At Issue In The Instant Litigation (ECF No. 98) is **DENIED**;

2.   Defendants' Motion *In Limine* To Preclude Evidence That The Small Diverse Business Score Was Allegedly Determinative Of MJF Freeway's Winning Bid For The IT Services Contract (ECF No. 99) is **DENIED**;

3.   Defendants' Motion *In Limine* To Bar Appeals To Racial Prejudice (ECF No. 100) is **GRANTED**; and

4.   Defendants' Motion Regarding Abusive Examination Tactics (ECF No. 102) is **DENIED**.

**BY THE COURT:**


*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.