## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRECOM SYSTEMS GROUP, INC.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**MJ FREEWAY, LLC, et al.,**<br><br>*Defendants.* | **Case No. 2:21-cv-01575-JDW** |

### ORDER

**AND NOW**, this 29th day of April, 2025, upon consideration of Defendant MJ Freeway's Motion For Judgment As A Matter Of Law Or, Alternatively, For A New Trial (ECF No. 171), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

It is **FURTHER ORDERED** that, upon consideration of Plaintiff TreCom Systems Group, Inc.'s Motion For Prejudgment And Post-Judgment Interest (ECF No. 170), for the reasons set forth in the accompanying Memorandum, it is **ORDERED** the Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. TreCom is entitled to recover prejudgment interest up to $320,599.21;

2. The judgment in this case is **AMENDED** to reflect a total award in favor of TreCom Systems, Inc. and against MJ Freeway, LLC, of $4,520,599.21;

3.      TreCom is entitled to postjudgment interest at the federal statutory rate beginning the date of the original judgment, with interest on $4.2 million beginning to accrue on December 13, 2024, and interest on $320,599.21 beginning to accrue as of today's date; and

4.      On or before May 6, 2025, the Parties shall meet and confer and provide a proposed stipulation calculating the amount of postjudgment interest that will accrue daily in this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.