IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRECOM SYSTEMS GROUP, INC.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**MJ FREEWAY, LLC, et al.,**<br><br>*Defendants.* | Case No.  2:21-cv-01575-JDW |

## ORDER

**AND NOW**, this 22nd day of October, 2025, upon consideration of the Pennsylvania Department Of Health's Motion To Quash Writ Of Execution (ECF No. 194), it is **ORDERED** that, for the reasons set forth in the accompanying Memorandum, the Motion is **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.