IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRECOM SYSTEMS GROUP, INC.,**<br><br>Plaintiff<br><br>v.<br><br>**MJ FREEWAY, LLC, et al.,**<br><br>Defendants | Civil Action No.: 21-CV-1575<br><br>The Honorable Joshua D. Wolson |

### ALLEAVES, INC.'S MOTION TO WITHDRAW ITS MOTION TO INTERVENE AND VACATE (ECF NO. 199) WITH PREJUDICE

Alleaves, Inc. ("Alleaves"), by and through its undersigned counsel, respectfully moves the Court to: (i) withdraw, with prejudice, its Motion to Intervene and to Stay and Vacate Writs of Execution (ECF No. 199) in the above-captioned matter; and (ii) cancel the hearing currently scheduled on that motion pursuant to the Court's October 23, 2025 Order (ECF No. 213), which set a hearing for November 10, 2025 at 10:00 a.m. in Courtroom 12B. In support of this motion, Alleaves states as follows:

1. On September 14, 2025, Alleaves filed its Motion to Intervene and to Stay and Vacate Writs of Execution. (ECF No. 199.)

2. On October 23, 2025, the Court issued an Order scheduling a hearing on Alleaves' motion for November 10, 2025 at 10:00 a.m. in Courtroom 12B. (ECF No. 213.)

3. Alleaves has determined that it will not pursue the relief requested in its Motion. Accordingly, Alleaves seeks to withdraw that motion with prejudice.

    4. Because the underlying motion will be withdrawn with prejudice, Alleaves respectfully requests that the Court cancel the November 10, 2025 hearing noticed by the October 23, 2025 Order (ECF No. 213).

    **WHEREFORE, Alleaves, Inc. respectfully requests that the Court enter the accompanying Proposed Order: (a) granting this Motion; (b) withdrawing with prejudice Alleaves' Motion (ECF No. 199); and (c) canceling the November 10, 2025 hearing set by the Court's October 23, 2025 Order (ECF No. 213).**

Dated: November 5, 2025

BAKER HOSTETLER LLP

By: */s/ Julian D. Perlman*
Julian D. Perlman (PA 326602)
Joseph Lucci (PA 56503)
1735 Market Street – Suite 3300
Philadelphia, PA 19103-7501
T: (215) 564.8338
F: (215) 568.3439
jperlman@bakerlaw.com
jlucci@bakerlaw.com

Counsel for Alleaves, Inc., Intervenor

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2025, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

*/s/ Julian D. Perlman*
Julian D. Perlman
